No. D–936.   IN RE DISBARMENT OF FELDMAN.   Disbarment entered.   [For earlier order herein, see 497 U. S. 1057.]

No. D–937.   IN RE DISBARMENT OF DEAM.   Disbarment entered.   [For earlier order herein, see 497 U. S. 1057.]

No. D–955.   IN RE DISBARMENT OF BRUCE.   It is ordered that Kenneth E. Bruce, of Scarsdale, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–956.   IN RE DISBARMENT OF TOOTHAKER.   It is ordered that Stephen Wallace Toothaker, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–957.   IN RE DISBARMENT OF PENNISI.   It is ordered that Albert Francis Pennisi, of Kew Gardens, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig.   TEXAS v. NEW MEXICO.   Motion of the River Master for approval of fees and expenses granted, and the River Master is awarded $2,638.52 for the period July 1 through September 30, 1990, to be paid equally by the parties.   [For earlier order herein, see, e. g., ante, p. 802.]

No. 89–1322.   OKLAHOMA TAX COMMISSION v. CITIZEN BAND POTAWATOMI INDIAN TRIBE OF OKLAHOMA.   C. A. 10th Cir. [Certiorari granted, ante, p. 806.]   Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 89–7376.   WILSON v. SEITER ET AL.   C. A. 6th Cir.   [Certiorari granted, ante, p. 808.]   Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 90–79.   KAY v. EHRLER ET AL.   C. A. 6th Cir.   [Certiorari granted, ante, p. 807.]   Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.